**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re:<br><br>Jason Lee Guinn<br>9777 W. Yorkshire Dr.<br>Boise, ID 83704<br><br>Social Security No.: xxx–xx–9719<br>Employer's Tax I.D. No.:<br><br>Debtor<br><br>Lisa Lynn Guinn<br>9777 W. Yorkshire Dr.<br>Boise, ID 83704<br><br>Social Security No.: xxx–xx–3718<br>Employer's Tax I.D. No.:<br><br>Joint Debtor<br>_____ | Case Number:   10–03597–TLM<br><br>Chapter Number: 13 |

**ORDER OF DISMISSAL**

The debtor(s) having made a motion that the above entitled case be dismissed pursuant to 11 U.S.C. 1307 (b)

AND NO HEARING on the motion being required, this case is HEREBY DISMISSED on 12/1/10 .

Creditors are notified that they will receive no future payments from the trustee and may look to the debtor(s) directly for payment of their claims.

The Court reserves jurisdiction to receive and pass upon final account and report in this case and to make orders with respect thereto.

Dated: 12/1/10

Elizabeth A Smith
Clerk, U.S. Bankruptcy Court